UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANE DOE, et al.,

        Plaintiffs,                Case No. 2:25-cv-11247

v.                                        Honorable Susan K. DeClercq
                                           United States District Judge

R.A., et al.,

        Defendants.
_____/

## ORDER DENYING DEFENDANT R.A.'S
## MOTION TO REASSIGN (ECF No. 21)

On July 28, 2025, Defendant R.A. moved to reassign this matter to the Northern Division of the United States District Court for the Eastern District of Michigan. ECF No. 21. As grounds for that motion, R.A. submits that the plaintiffs reside in the Northern Division, the facts giving rise to their complaint occurred there as well, and that assignment to the Northern Division is mandated by the district's Local Rules. *Id.* at PageID.225–26; ECF No. 35. Plaintiffs oppose this motion. ECF No. 32.

To begin, Defendant R.A.'s motion is premised on a misunderstanding as this case is currently assigned to the Northern Division of the United States District Court for the Eastern District of Michigan. The undersigned Southern Division Judge is assigned to this matter pursuant to an Administrative Order, effective December 7,

2021, whereby all active judges and volunteer senior judges in the Southern Division were added to the Northern Division random case assignment deck for civil filings. *See* 25-AO-022 at ¶ 7 (citing 17-AO-009). Under that order, about 25% of Northern Division civil filings are assigned to Southern Division judges. *Id.*

Moreover, the reasons R.A. provides for reassignment are not compelling. In general terms, R.A. asserts that reassignment would serve "the convenience of the parties and witnesses who are based in counties of Tuscola and Huron, and for the convenience of counsel, who are based in Bay City, Saginaw, and Caro, Michigan" because "Bay City is much closer." ECF No. 21 at PageID.226. This is neither compelling nor extraordinary justification for reassignment. Indeed, nearly all cases that are filed in the Northern Division and assigned to a Southern Division judge under 17-AO-009 involve the same considerations. Thus, this Court will not reassign this matter to a Northern Division judge.

Accordingly, it is **ORDERED** that Defendant R.A.'s Motion to Reassign, ECF No. 21, is **DENIED**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: December 9, 2025